**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DON LLOYD COOK**                                                                              **PLAINTIFF**

**v.**                                    **CASE NO. 4:22-CV-548-KGB-PSH**

**RYAN WINGO, JEFF SHEELER,**
**JOHN S. JOE, WILLIAM J. BRYANT,**
**AND JOHN DOES 1-5**                                                                **DEFENDANTS**

<u>**ANSWER**</u>

COMES NOW, Defendants Ryan Wingo, Jeff Sheeler, John S. Joe, and William J. Bryant, by and through their attorneys, Attorney General Leslie Rutledge and Assistant Attorney General Vincent P. France, and for their Answer state:

1.      Defendants admit Paragraph 1 of the Complaint that this Court is the proper venue and has jurisdiction to hear this case.

2.      Defendants admit Plaintiff was a U.S. Citizen and Arkansas resident at the time of the incident giving rise to this suit but is without knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 2 of the Complaint, and therefore, all such allegations are denied.

3.      Defendants admit Paragraph 3 of the Complaint only to the extent as to the identity of Defendant Ryan Wingo.

4.      Defendants admit Paragraph 4 of the Complaint only to the extent as to the identity of Defendant Jeff Sheeler.

5.      Defendants admit Paragraph 5 of the Complaint only to the extent as to the identity of Defendant John S. Joe.

6.      Defendants admit Paragraph 6 of the Complaint only to the extent as to the identity of Defendant William Bryant.

7.      Defendants deny the allegations contained in Paragraph 7 of the Complaint.

8.      Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 8 of the Complaint, and therefore, all such allegations are denied.

9.      Defendants deny Paragraph 9 of the Complaint to the extent that it alleges or implies that Plaintiff is entitled to any such relief.

10.     Defendants deny the allegations contained in Paragraph 10 of the Complaint.

11.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 11 of the Complaint, and therefore, all such allegations are denied.

12.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 12 of the Complaint, and therefore, all such allegations are denied.

13.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 13 of the Complaint, and therefore, all such allegations are denied.

14.     Defendants admit Paragraph 14 of the Complaint, but only to the extent that Plaintiff has a constitutional right to peacefully protest; however, Defendants deny that Plaintiff was peacefully protesting at the time of the alleged incident in this case.

15.     Paragraph 15 of the Complaint makes no allegations against Defendants, and therefore, demands no response from Defendants. To the extent a response is required, Defendants deny any and all allegations contained in Paragraph 15 of the Complaint.

16.     Paragraph 16 of the Complaint makes no allegations against Defendants, and therefore, demands no response from Defendants. To the extent a response is required, Defendants deny any and all allegations contained in Paragraph 16 of the Complaint.

17.     Paragraph 17 of the Complaint makes no allegations against Defendants, and therefore, demands no response from Defendants. To the extent a response is required, Defendants deny any and all allegations contained in Paragraph 17 of the Complaint.

18.     Paragraph 18 of the Complaint makes no allegations against Defendants, and therefore, demands no response from Defendants. To the extent a response is required, Defendants deny any and all allegations contained in Paragraph 18 of the Complaint.

19.     Defendants deny the allegations contained in Paragraph 19 of the Complaint.

20.     Defendants deny the allegations contained in Paragraph 20 of the Complaint.

21.     Paragraph 21 of the Complaint makes no allegations against Defendants, and therefore, demands no response from Defendants. To the extent a response is required, Defendants deny any and all allegations contained in Paragraph 21 of the Complaint. Regarding the image included below Paragraph 21, the image lacks sufficient quality and clarity for Defendants to be able to admit or deny that it is accurate; therefore, Defendants must deny that the image is an accurate depiction.

22.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 22 of the Complaint, and therefore, all such allegations are denied. Regarding the image included below Paragraph 22, the image lacks sufficient quality and clarity for Defendants to be able to admit or deny that it is accurate; therefore, Defendants must deny that the image is an accurate depiction.

23.     Defendants deny the allegations contained in Paragraph 23 of the Complaint.

24.     Defendants admit Paragraph 24 of the Complaint but only to the extent that there were no "serious" injuries to any ASP trooper; however, Defendants deny that there were no injuries to ASP troopers.

25.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 25 of the Complaint, and therefore, all such allegations are denied.

26.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 26 of the Complaint, and therefore, all such allegations are denied.

27.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 27 of the Complaint, and therefore, all such allegations are denied.

28.     Defendants deny the allegations contained in Paragraph 28 of the Complaint.

29.     Defendants deny the allegations contained in Paragraph 29 of the Complaint.

30.     Defendants deny the allegations contained in Paragraph 30 of the Complaint.

31.     Defendants deny the allegations contained in Paragraph 31 of the Complaint.

32.     Defendants deny the allegations contained in Paragraph 32 of the Complaint.

33.     Defendants deny the allegations contained in Paragraph 33 of the Complaint.

34.     Defendants deny the allegations contained in Paragraph 34 of the Complaint. Additionally, regarding the images included below Paragraph 34, the images lack sufficient quality and clarity for Defendants to be able to admit or deny that they accurate; therefore, Defendants must deny that the images are accurate depictions.

35.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 35 of the Complaint, and therefore, all such allegations are denied. Regarding the image included below Paragraph 35, the image lacks sufficient quality and clarity for Defendants to be able to admit or deny that it is accurate; therefore, Defendants must deny that the image is an accurate depiction.

36.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 36 of the Complaint, and therefore, all such allegations are denied.

Regarding the image included below Paragraph 36, the image lacks sufficient quality and clarity for Defendants to be able to admit or deny that it is accurate; therefore, Defendants must deny that the image is an accurate depiction.

37.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 37 of the Complaint, and therefore, all such allegations are denied.

38.     Defendants deny the allegations contained in Paragraph 38 of the Complaint.

39.     Defendants admit Paragraph 39 of the Complaint.

40.     Defendants deny the allegations contained in Paragraph 40 of the Complaint.

41.     Defendants admit Paragraph 41 of the Complaint only to the extent that it was an unintentional reasonable mistake.

42.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 42 of the Complaint, and therefore, all such allegations are denied.

43.     Defendants deny the allegations contained in Paragraph 43 of the Complaint.

44.     Defendants deny the allegations contained in Paragraph 44 of the Complaint.

45.     Defendants deny the allegations contained in Paragraph 45 of the Complaint.

46.     Defendants deny the allegations contained in Paragraph 46 of the Complaint.

47.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 47 of the Complaint, and therefore, all such allegations are denied. Regarding the images included below Paragraph 47, the images lack sufficient quality and clarity for Defendants to be able to admit or deny that they accurate; therefore, Defendants must deny that the images are accurate depictions.

48.     Defendants deny Paragraph 48 of the Complaint. Regarding the images included below Paragraph 48, the images lack sufficient quality and clarity for Defendants to be able to

admit or deny that they accurate; therefore, Defendants must deny that the images are accurate depictions.

49.　　Defendants deny the allegations contained in Paragraph 49 to the extent that tactical weapon was used; however, Defendants admit the range.

50.　　Defendants deny the allegations contained in Paragraph 50 of the Complaint.

51.　　Defendants deny the allegations contained in Paragraph 51 of the Complaint.

52.　　Defendants admit Paragraph 52 of the Complaint.

53.　　Defendants deny the allegations contained in Paragraph 53 of the Complaint.

54.　　Defendants deny the allegations contained in Paragraph 54 of the Complaint.

55.　　Defendants admit Paragraph 55 of the Complaint.

56.　　Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 56 of the Complaint, and therefore, all such allegations are denied.

57.　　Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 57 of the Complaint, and therefore, all such allegations are denied.

58.　　Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 58 of the Complaint, and therefore, all such allegations are denied.

59.　　Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 59 of the Complaint, and therefore, all such allegations are denied.

60.　　Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 60 of the Complaint, and therefore, all such allegations are denied.

61.　　Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 61 of the Complaint, and therefore, all such allegations are denied.

62.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 62 of the Complaint, and therefore, all such allegations are denied.

63.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 63 of the Complaint, and therefore, all such allegations are denied.

64.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 64 of the Complaint, and therefore, all such allegations are denied.

65.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 65 of the Complaint, and therefore, all such allegations are denied. Regarding the images included below Paragraph 65, the images lack sufficient quality and clarity for Defendants to be able to admit or deny that they accurate; therefore, Defendants must deny that the images are accurate depictions.

66.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 66 of the Complaint, and therefore, all such allegations are denied.

67.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 67 of the Complaint, and therefore, all such allegations are denied. Regarding the images included below Paragraph 67, the images lack sufficient quality and clarity for Defendants to be able to admit or deny that they accurate; therefore, Defendants must deny that the images are accurate depictions.

68.    Defendants deny the allegations contained in Paragraph 68 of the Complaint.

69.    Defendants admit Paragraph 69 of the Complaint, but only to the extent that Defendants did not know the identity of Plaintiff until a later date in time.

70.     Defendants admit that the document (Exhibit 1, Doc. No. 1, p. 42) referenced in Paragraph 70 of the Complaint speaks for itself. Defendants deny any remaining allegations contained in Paragraph 70 of the Complaint.

71.     Defendants admit that Paragraph 71 of the Complaint only to the extent of admitting that Plaintiff filed a claim with the Arkansas State Claims Commission, but Defendants deny the remaining allegations contained in Paragraph 71 or referenced in the claim filed with the Claims Commission.

72.     Defendants deny the allegations contained in Paragraph 72 of the Complaint, because Defendant Wingo and Defendant Sheeler made Incident Reports regarding the individual, whose identity was unknown to them at the time the reports were drafted, and  who they were later able to identify as the Plaintiff.

73.     Defendants deny the allegations contained in Paragraph 73 of the Complaint, because Defendant Wingo and Defendant Sheeler made Use of Force Reports regarding the individual, whose identity was unknown to them at the time the reports were drafted, and  who they were later able to identify as the Plaintiff.

74.     Defendants admit Paragraph 74 of the Complaint.

75.     Defendants deny the allegations contained in Paragraph 75 of the Complaint.

76.     Defendants deny the allegations contained in Paragraph 76 of the Complaint.

77.     Defendants admit that the document (Exhibit 2, Doc. No. 1, p. 43-45) referenced in Paragraph 77 of the Complaint speaks for itself. Defendants deny any remaining allegations contained in Paragraph 77 of the Complaint.

78.    Defendants admit that the document (Exhibit 2, Doc. No. 1, p. 43-45) referenced in Paragraph 78 of the Complaint speaks for itself. Defendants deny any remaining allegations contained in Paragraph 78 of the Complaint.

79.    Defendants admit that the document (Exhibit 2, Doc. No. 1, p. 43-45) referenced in Paragraph 79 of the Complaint speaks for itself. Defendants deny any remaining allegations contained in Paragraph 79 of the Complaint. Regarding the image included below Paragraph 79, the image lacks sufficient quality and clarity for Defendants to be able to admit or deny that it is accurate; therefore, Defendants must deny that the image is an accurate depiction.

80.    Defendants admit that the document (Exhibit 2, Doc. No. 1, p. 43-45) referenced in Paragraph 80 of the Complaint speaks for itself. Defendants deny any remaining allegations contained in Paragraph 80 of the Complaint.

81.    Defendants deny the allegations contained in Paragraph 81 of the Complaint.

82.    Defendants deny the allegations contained in Paragraph 82 of the Complaint.

    a.   Defendants deny the allegations contained in Subparagraph 82(a) of the Complaint;

    b.   Defendants deny the allegations contained in Subparagraph 82(b) of the Complaint;

    c.   Defendants deny the allegations contained in Subparagraph 82(c) of the Complaint;

    d.   Defendants deny the allegations contained in Subparagraph 82(d) of the Complaint;

    e.   Defendants deny the allegations contained in Subparagraph 82(e) of the Complaint.

83.    Defendants deny the allegations contained in Paragraph 83 of the Complaint.

84.     Paragraph 84 of the Complaint does not require a response from Defendants as it sets forth Ark. Code Ann. § 5-54-102, which speaks for itself. To the extent a response is required, Defendants deny any and all allegations contained therein.

85.     Defendants deny the allegations contained in Paragraph 85 of the Complaint.

86.     Defendants deny the allegations contained in Paragraph 86 of the Complaint.

87.     Defendants admit that the document (Exhibit 3, Doc. No. 1, p. 46) referenced in Paragraph 87 of the Complaint speaks for itself. Defendants deny any remaining allegations contained in Paragraph 87 of the Complaint.

88.     Defendants deny the allegations contained in Paragraph 88 of the Complaint. Regarding the images included below Paragraph 88, the images lack sufficient quality and clarity for Defendants to be able to admit or deny that they accurate; therefore, Defendants must deny that the images are accurate depictions.

89.     Defendants admit Paragraph 89 of the Complaint, but only to the extent that Defendant Sheeler ordered the arrest. Defendants deny all other allegations contained in Paragraph 89 of the Complaint.

90.     Defendants admit that the document (Exhibit 3, Doc. No. 1, p. 46) referenced in Paragraph 90 of the Complaint speaks for itself. Defendants deny any remaining allegations contained in Paragraph 90 of the Complaint.

91.     Defendants deny the allegations contained in Paragraph 91 of the Complaint.

92.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 92 of the Complaint, and therefore, all such allegations are denied.

93.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 93 of the Complaint, and therefore, all such allegations are denied.

94.     Defendants admit that the document (Exhibit 4, Doc. No. 1, p. 47) referenced in Paragraph 94 of the Complaint speaks for itself. Defendants deny any remaining allegations contained in Paragraph 94 of the Complaint.

95.     Defendants admit Paragraph 95 of the Complaint.

96.     Defendants deny the allegations contained in Paragraph 96 of the Complaint, because Defendants Wingo and Sheeler had made prior identification of Plaintiff prior to the issuance of the arrest warrant.

97.     Defendants admit Paragraph 97 of the Complaint.

98.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 98 of the Complaint, and therefore, all such allegations are denied. To the extent that Paragraph 98 makes a reference to another document (Exhibit 5, Doc. No. 1, p. 48), the document speaks for itself.

99.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 99 of the Complaint, and therefore, all such allegations are denied. To the extent that Paragraph 99 makes a reference to other documents (Exhibit 6, Doc. No. 1, p. 49-50) and (Exhibit 7, Doc. No. 1, p. 51-53) the documents speak for themselves.

100.     Defendants admit Paragraph 100 of the Complaint.

101.     Defendants deny the allegations contained in Paragraph 101 of the Complaint.

102.     Defendants deny the allegations contained in Paragraph 102 of the Complaint.

103.     Defendants admit Paragraph 103 of the Complaint.

104.     Defendants admit Paragraph 104 of the Complaint.

105.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 105 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 105 of the Complaint.

106.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 106 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 106 of the Complaint.

107.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 107 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 107 of the Complaint.

108.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 108 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 108 of the Complaint.

109.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 109 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 109 of the Complaint.

110.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 110 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 110 of the Complaint.

111.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 111 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 111 of the Complaint.

112.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 112 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 112 of the Complaint.

113.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 113 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 113 of the Complaint.

114.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 114 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 114 of the Complaint.

115.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 115 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 115 of the Complaint.

116.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 116 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 116 of the Complaint.

117.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 117 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 117 of the Complaint.

118.     The document (Exhibit 6, Doc. No. 1, p. 49-50) referenced in Paragraph 118 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 118 of the Complaint.

119.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 119 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 119 of the Complaint.

120.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 120 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 120 of the Complaint.

121.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 121 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 121 of the Complaint.

122.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 122 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 122 of the Complaint. Regarding the image included below Paragraph 122, the image lacks sufficient quality and clarity for Defendants to be able to admit or deny that it is accurate; therefore, Defendants must deny that the image is an accurate depiction.

123.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 123 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 123 of the Complaint.

124.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 124 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 124 of the Complaint.

125.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 125 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 125 of the Complaint.

126.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 126 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 126 of the Complaint.

127.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 127 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 127 of the Complaint.

128.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 128 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 128 of the Complaint.

129.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 129 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 129 of the Complaint.

130.    The document (Exhibit 7, Doc. No. 1, p. 51-53) referenced in Paragraph 130 speaks for itself. To the extent a response is necessary, Defendants deny any allegations contained in Paragraph 130 of the Complaint.

131.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 131 of the Complaint, and therefore, all such allegations are denied.

132.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 132 of the Complaint, and therefore, all such allegations are denied.

133.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 133 of the Complaint, and therefore, all such allegations are denied.

134.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 134 of the Complaint, and therefore, all such allegations are denied.

135.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 135 of the Complaint, and therefore, all such allegations are denied.

136.     Defendants deny the allegations contained in Paragraph 136 of the Complaint.

137.     Defendants deny the allegations contained in Paragraph 137 of the Complaint. Regarding the image included below Paragraph 137, the image lacks sufficient quality and clarity for Defendants to be able to admit or deny that it is accurate; therefore, Defendants must deny that the image is an accurate depiction.

138.     Defendants deny the allegations contained in Paragraph 138 of the Complaint.

139.     Defendants deny the allegations contained in Paragraph 139 of the Complaint.

140.     Defendants deny the allegations contained in Paragraph 140 of the Complaint.

141.     Defendants deny the allegations contained in Paragraph 141 of the Complaint.

142.     Defendants deny the allegations contained in Paragraph 142 of the Complaint.

143.     Defendants deny the allegations contained in Paragraph 143 of the Complaint.

144.     Defendants deny the allegations contained in Paragraph 144 of the Complaint.

145.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 145 of the Complaint, and therefore, all such allegations are denied.

146.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 146 of the Complaint, and therefore, all such allegations are denied.

147.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 147 of the Complaint, and therefore, all such allegations are denied.

148.     Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 148 of the Complaint, and therefore, all such allegations are denied. Regarding the image included below Paragraph 148, the image lacks sufficient quality and clarity

16

for Defendants to be able to admit or deny that it is accurate; therefore, Defendants must deny that the image is an accurate depiction.

149.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 149 of the Complaint, and therefore, all such allegations are denied.

150.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 150 of the Complaint, and therefore, all such allegations are denied.

151.    Defendants are without knowledge sufficient to admit or deny the allegations contained in Paragraph 151 of the Complaint, and therefore, all such allegations are denied.

152.    Paragraph 152 of the Complaint makes no allegations against Defendants, and therefore, demands no response from Defendants. To the extent a response is required, Defendants deny any and all allegations contained in Paragraph 152 of the Complaint.

153.    Defendants deny the allegations contained in Paragraph 153 of the Complaint.

154.    Defendants deny the allegations contained in Paragraph 154 of the Complaint.

155.    Defendants deny the allegations contained in Paragraph 155 of the Complaint.

156.    Paragraph 156 of the Complaint does not require a response from Defendants as it sets forth a legal conclusion, but to the extent a response is required, Defendants deny any and all allegations contained therein.

157.    Paragraph 157 of the Complaint does not require a response from Defendants as it sets forth a legal conclusion, but to the extent a response is required, Defendants deny any and all allegations contained therein.

158.    Paragraph 158 of the Complaint does not require a response from Defendants as it sets forth a legal conclusion, but to the extent a response is required, Defendants deny any and all allegations contained therein.

159.    Paragraph 159 of the Complaint does not require a response from Defendants as it sets forth a legal conclusion, but to the extent a response is required, Defendants deny any and all allegations contained therein.

160.    Paragraph 160 of the Complaint does not require a response from Defendants as it sets forth a legal conclusion, but to the extent a response is required, Defendants deny any and all allegations contained therein.

161.    Defendants deny the allegations contained in Paragraph 161 of the Complaint.

162.    Defendants deny the allegations contained in Paragraph 162 of the Complaint.

163.    Defendants deny the allegations contained in Paragraph 163 of the Complaint.

164.    Defendants deny the allegations contained in Paragraph 164 of the Complaint.

165.    Defendants deny the allegations contained in Paragraph 165 of the Complaint.

166.    Defendants deny the allegations contained in Paragraph 166 of the Complaint.

167.    Paragraph 167 of the Complaint makes no allegations against Defendants, and therefore, demands no response from Defendants. To the extent a response is required, Defendants deny any and all allegations contained in Paragraph 167 of the Complaint.

168.    Defendants deny the allegations contained in Paragraph 168 of the Complaint.

169.    Defendants deny the allegations contained in Paragraph 169 of the Complaint.

170.    Defendants deny the allegations contained in Paragraph 170 of the Complaint.

171.    Defendants deny the allegations contained in Paragraph 171 of the Complaint.

172.    Defendants deny the allegations contained in Paragraph 172 of the Complaint.

173.    Defendants deny the allegations contained in Paragraph 173 of the Complaint.

174.    Defendants deny the allegations contained in Paragraph 174 of the Complaint.

175.    Defendants deny the allegations contained in Paragraph 175 of the Complaint.

176.    Paragraph 176 of the Complaint does not require a response from Defendants as it sets forth a legal conclusion, but to the extent a response is required, Defendants deny any and all allegations contained therein.

177.    Defendants deny the allegations contained in Paragraph 177 of the Complaint.

178.    Defendants deny the allegations contained in Paragraph 178 of the Complaint.

179.    Defendants deny the allegations contained in Paragraph 179 of the Complaint.

180.    Defendants deny the allegations contained in Paragraph 180 of the Complaint.

181.    Defendants deny the allegations contained in Paragraph 181 of the Complaint.

182.    Defendants deny the allegations contained in Paragraph 182 of the Complaint.

183.    Defendants deny the allegations contained in Paragraph 183 of the Complaint.

184.    Paragraph 184 of the Complaint makes no allegations against Defendants, and therefore, demands no response from Defendants. To the extent a response is required, Defendants deny any and all allegations contained in Paragraph 184 of the Complaint.

185.    Paragraph 185 of the Complaint does not require a response from Defendants as it sets forth a legal conclusion, but to the extent a response is required, Defendants deny any and all allegations contained therein.

186.    Defendants deny the allegations contained in Paragraph 186 of the Complaint.

187.    Defendants deny the allegations contained in Paragraph 187 of the Complaint.

188.    Defendants deny the allegations contained in Paragraph 188 of the Complaint.

189.    Defendants deny the allegations contained in Paragraph 189 of the Complaint.

190.    Defendants deny the allegations contained in Paragraph 190 of the Complaint.

191.    Defendants deny the allegations contained in Paragraph 191 of the Complaint.

192.     Paragraph 192 of the Complaint makes no allegations against Defendants, and therefore, demands no response from Defendants. To the extent a response is required, Defendants deny any and all allegations contained in Paragraph 192 of the Complaint.

193.     Defendants deny the allegations contained in Paragraph 193 of the Complaint.

194.     Defendants deny the allegations contained in Paragraph 194 of the Complaint.

195.     Defendants deny the allegations contained in Paragraph 195 of the Complaint.

196.     Defendants deny the allegations contained in Paragraph 196 of the Complaint.

197.     Defendants deny the allegations contained in Paragraph 197 of the Complaint.

198.     Defendants deny the allegations contained in Paragraph 198 of the Complaint.

199.     Defendants deny the allegations contained in Paragraph 199 of the Complaint.

200.     Defendants deny the allegations contained in Paragraph 200 of the Complaint.

201.     Defendants deny the allegations contained in Paragraph 201 of the Complaint.

202.     Defendants deny the allegations contained in Paragraph 202 of the Complaint.

203.     Defendants deny the allegations contained in Paragraph 203 of the Complaint.

204.     Defendants deny the allegations contained in Paragraph 204 of the Complaint.

205.     Defendants deny the allegations contained in Paragraph 205 of the Complaint.

206.     Defendants deny the allegations contained in Paragraph 206 of the Complaint.

207.     Paragraph 207 of the Complaint makes no allegations against Defendants, and therefore, demands no response from Defendants. To the extent a response is required, Defendants deny any and all allegations contained in Paragraph 207 of the Complaint.

208.     Defendants deny the allegations contained in Paragraph 208 of the Complaint.

209.     Defendants deny the allegations contained in Paragraph 209 of the Complaint.

210.     Defendants deny the allegations contained in Paragraph 210 of the Complaint.

211.    Defendants deny the allegations contained in Paragraph 211 of the Complaint.

212.    Defendants deny the allegations contained in Paragraph 212 of the Complaint.

213.    Defendants deny the allegations contained in Paragraph 213 of the Complaint.

214.    Paragraph 214 of the Complaint does not require a response from Defendants as it sets forth a legal conclusion, but to the extent a response is required, Defendants deny any and all allegations contained therein.

215.    Paragraph 215 of the Complaint does not require a response from Defendants as it sets forth a legal conclusion, but to the extent a response is required, Defendants deny any and all allegations contained therein.

216.    Defendants deny the allegations contained in Paragraph 216 of the Complaint.

217.    Paragraph 217 of the Complaint makes no allegations against Defendants, and therefore, demands no response from Defendants. To the extent a response is required, Defendants deny any and all allegations contained in Paragraph 217 of the Complaint.

218.    Defendants deny the allegations contained in Paragraph 218 of the Complaint.

219.    Defendants deny the allegations contained in Paragraph 219 of the Complaint.

220.    Defendants deny the allegations contained in Paragraph 220 of the Complaint.

221.    Defendants deny the allegations contained in Paragraph 221 of the Complaint.

222.    Defendants deny the allegations contained in Paragraph 222 of the Complaint.

223.    Defendants deny Plaintiff is entitled to any of the relief requested in Paragraphs 1-5 of the WHEREFORE section of the Complaint.

224.    Defendants deny each and every allegation contained in the Complaint not specifically admitted herein and demands strict proof thereof.

## **AFFIRMATIVE DEFENSES**

225.    Affirmatively pleading, Defendants state that they have not engaged in any conduct that violated any of Plaintiff's constitutional, statutory, or other legal rights.

226.    Affirmatively pleading, Defendants assert that pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure this Court lacks subject matter jurisdiction.

227.    Affirmatively pleading, Plaintiff has failed to state a claim upon which relief may be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

228.    Affirmatively pleading, Defendants are entitled to sovereign immunity.

229.    Affirmatively pleading, Defendants are entitled to qualified immunity.

230.    Affirmatively pleading, in addition, to the extent any of the following affirmative defenses apply, Defendants assert all applicable doctrines of immunity including Eleventh Amendment immunity, sovereign immunity, qualified immunity to the extent any individual capacity claim is made, statutory immunity, and all other doctrines of immunity that apply.

231.    Affirmatively pleading, that to the extent Plaintiff has sustained damages, such damages are a direct and proximate result of Plaintiff's own conduct.

232.    Affirmatively pleading, Plaintiff's claims are moot.

233.    Affirmatively pleadings, Plaintiff's claims are barred by the *Heck* doctrine.

234.    Affirmatively pleadings, Plaintiff's claims are barred by collateral estoppel.

235.    Affirmatively pleading, Plaintiff's claims are barred by the doctrine of *respondeat superior*.

236.    Affirmatively pleading, Plaintiff has failed to exhaust his administrative remedies.

237.    Affirmatively pleadings, Plaintiff's claims are barred by abstention doctrines including but not limited to the *Younger* doctrine.

238.    Defendants reserve the right to add defenses based on the course of the proceedings in this matter.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Defendants hereby give notice of their jury demand.

Wherefore, Defendants Ryan Wingo, Jeff Sheeler, John S. Joe, and William J. Bryant in their individual capacities request that the Plaintiff's Complaint be dismissed.

Respectfully submitted,
LESLIE RUTLEDGE
Attorney General


By:    Vincent P. France,
       Ark Bar No. 2010063
       Assistant Attorney General
       Arkansas Attorney General's Office
       323 Center Street, Suite 200
       Little Rock, AR 72201
       Phone:  (501) 682-1314
       Email:  vincent.france@arkansasag.gov
       *Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I, Vincent P. France, hereby certify that on August 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

*/s/ Vincent P. France*
Vincent P. France