IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DON LLOYD COOK**                                                                                               **Plaintiff**

v.                                       No. 4:22-cv-00548-KGB

**RYAN WINGO**, individually;
**JEFF SHEELER**, individually;
**JOHN S. JOE**, individually; and
**WILLIAM J. BRYANT**, individually                                                         **Defendants**[1]

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, for their Motion for Summary Judgment, state:

1. Defendants are entitled to summary judgment under Federal Rule of Civil Procedure 56 because there is no genuine dispute regarding any material fact and they are entitled to judgment as a matter of law.

2. Defendants are entitled to qualified immunity with respect to each of Don Lloyd Cook's claims.

3. Corporal Ryan Wingo did not use excessive force against Cook, and even if he did, there was no caselaw that squarely governs the circumstances here. Thus, Cook's alleged right was not clearly established, and Corporal Wingo is thus entitled to qualified immunity.

4. Captain Jeff Sheeler, Captain John Scott Joe, and Corporal Wingo did have or act on any retaliatory animus against Cook. Therefore, they did not unconstitutionally retaliate against Cook.

---

[1] Originally, Cook sued five unnamed ASP troopers. *See* Compl. ¶ 8, Doc. 1. Cook recently moved to dismiss those troopers, so the Defendants will proceed under the assumption that the Court will grant that motion. *See* Mot. Dismiss, Doc. 14; Br. Supp. Mot. Dismiss, Doc. 15.

5. Captain Joe did not fail to intervene. Corporal Wingo's use of force did not violate Cook's clearly rights, so Captain Joe did not have a duty to intervene. And even if there was a clearly established right, Captain Joe was unaware of the use of force until after the incident.

6. Colonel William Bryant is not liable as a supervisor because Corporal Wingo does not have a very similar pattern of unconstitutional conduct.

7. Captain Sheeler and Corporal Wingo did not engage in a false arrest of Cook because they had probable cause to make the arrest.

8. Captain Sheeler, Captain Joe, and Corporal Wingo did not conspire to deprive Cook of a constitutional right. Even if they did, any such right was not clearly established.

9. A brief in support is being filed contemporaneously to this motion and is incorporated by reference, along with the following exhibits:

- Exhibit 1 – Derrick Bryson Taylor, *George Floyd Protests: A Timeline*, New York Times (Nov. 5, 2021), https://www.nytimes.com/article/george-floyd-protests-timeline.html.

- Exhibit 2 – *In Little Rock, rally near Capitol turns violent*, Ark. Dem.-Gazette (May 31, 2020), https://www.arkansasonline.com/news/2020/may/31/in-lr-rally-near-capitol-turns-violent-/.

- Exhibit 3 – Declaration of Captain Jeff Sheeler

- Exhibit 4 – Declaration of Captain John Scott Joe

- Exhibit 5 – Declaration of Corporal Ryan Wingo

- Exhibit 6 – Deposition of Don Lloyd Cook

- Exhibit 7 – Deposition of Lieutenant Bobby Brown

- Exhibit 8 – Deposition of Captain Jeff Sheeler

- Exhibit 9 – City of Little Rock June 1, 2020 Press Release

- Exhibit 10 – Declaration of Colonel William J. Bryant.

- Exhibit 11 – Corporal Ryan Wingo's Incident Report

- Exhibit 12 – Corporal Ryan Wingo's Interrogatory Responses

- Exhibit 13 – Arrest Warrant and Probably Cause Affidavit for Don Lloyd Cook

- Exhibit 14 – Captain Jeff Sheeler's Incident Report

WHEREFORE, Defendants respectfully request that this Court grants their Motion for Summary Judgment and for any and all other just and proper relief to which he may be entitled.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:  Noah P. Watson
Ark. Bar No. 2020251
Senior Assistant Attorney General

Justin Brascher
Ark. Bar No. 2023029
Assistant Attorney General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-1019
(501) 682-2591 fax
noah.watson@arkansasag.gov
justin.brascher@arkansas.gov

*Attorneys for Defendants*