## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DON LLOYD COOK                                                                                                  **Plaintiff**

**v.**                                          **No. 4:22-cv-00548-KGB**

RYAN WINGO, individually;
JEFF SHEELER, individually;
JOHN S. JOE, individually; and
WILLIAM J. BRYANT, individually                                                               **Defendants**

### AFFIDAVIT OF CAPTAIN JEFF SHEELER

Captain Jeff Sheeler declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I serve as the Troop A Commander for the Arkansas State Police (ASP) and submit this declaration in support of the Defendants' motion for summary judgment in this case. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, would testify consistently.

2.      During the protests that began on May 30, 2020, I held the rank of lieutenant.

3.      On June 1, 2020, I was in Little Rock, Arkansas, to address safety concerns due to protests and to assist local law enforcement.

4.      On June 1, 2020, I was a member of the ASP's Special Weapons and Tactics unit (SWAT) and supervised SWAT's response to events throughout the protests.

5.       During the protests from May 30 to approximately June 7, some riotous protesters threw commercial grade fireworks, homemade compression bombs, frozen water bottles, and rocks. The same things happened on June 1, 2020.

**EXHIBIT**

**3**

6.      Each night, the ASP and the National Guard mustered southeast of the Capitol building at the intersection of Woodlane Street and 7th Street.

7.      Law enforcement would form a line across Woodlane Street and onto the Capitol grounds.

8.      I was stationed in the middle of Woodlane Street on top of an armored vehicle called the "Bear." I was approximately 13 feet off the ground, and 10-15 feet behind the law-enforcement line.

9.      My responsibility was to provide coverage for the law-enforcement line. I had lethal and nonlethal options at my disposal.

10.     On June 1, in accordance with the City of Little Rock's curfew, law enforcement issued dispersal orders to protesters starting at approximately 10:30 p.m.

11.     Between 10:30 p.m. and 10:45 p.m., when protesters failed to follow curfew and dispersal orders, we started moving the line north up Woodlane Street.

12.     This is when I remember protesters started throwing dangerous objects, including commercial grade fireworks, homemade compression bombs, frozen water bottles, and rocks, at law enforcement.

13.     Therefore, law enforcement deployed CS gas, or tear gas, into the crowd of unlawfully gathered, violent people to clear the Capitol grounds, suppress the attacks on law enforcement, and to stop property destruction.

14.     I did not command Corporal Wingo to discharge his beanbag round.

15.     I do not know of any law-enforcement officer other than Corporal Wingo who fired a beanbag round during the June 1, 2020, protest. I do not know of Corporal Wingo firing a beanbag round in live action other than on June 1, 2020.

16.     Around 10:45 p.m. on June 1, I saw Don Lloyd Cook about 10 feet from the law-enforcement line. He turned to face the line after being struck in the back with pepperballs due to noncompliance. He continued to be noncompliant, began shouting at the officers on the line, and started to approach the line with clinched fists and a red face. Cook was clearly very agitated.

17.     I did not know whether Cook had a concealed gun or other weapon, but he could have had one.

18.     To stop Cook's advance, I fired a single foam-impact round from a 40 mm single launcher from about 20 yards away. Specifically, I aimed at his upper thigh and fired.

19.     I had no animosity toward Cook because of any of his actions on June 1, 2020.


*Captain Jeff Sheeler #457*

_____
Cpt. Jeff Sheeler

09/27/2023
_____
Date

3