IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DON LLOYD COOK**  **Plaintiff**

v. No. 4:22-cv-00548-KGB

**RYAN WINGO, individually;**
**JEFF SHEELER, individually;**
**JOHN S. JOE, individually; and**
**WILLIAM J. BRYANT, individually**  **Defendants**

### AFFIDAVIT OF CAPTAIN JOHN SCOTT JOE

Captain John Scott Joe declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I serve as the Troop K Commander for the Arkansas State Police (ASP) and submit this declaration in support of the Defendants' motion for summary judgment in this case. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, would testify consistently.

2. During the protests that began on May 30, 2020, I held the rank of lieutenant.

3. On June 1, 2020, I was in Little Rock, Arkansas, to address safety concerns due to protests and to assist local law enforcement.

4. On June 1, 2020, I was a member of the ASP's Emergency Response Team (ERT) and supervised the ERT's response to events throughout the protests.

5. From approximately May 30 to June 7, 2020, some riotous protesters threw commercial grade fireworks, homemade compression bombs, frozen water bottles, and rocks. The same things happened on June 1, 2020.

EXHIBIT 4

6. Each night, the ASP, the National Guard, and local law enforcement mustered southeast of the Capitol building at the intersection of Woodlane Street and 7th Street.

7. Law enforcement would form a line across Woodlane Street and onto the Capitol grounds.

8. I was stationed between the ERT and SWAT. I was approximately 10 to 15 feet behind the line.

9. On June 1, in accordance with the City of Little Rock's curfew, law enforcement issued dispersal orders to protesters starting at approximately 10:30 p.m.

10. Between 10:30 p.m. and 10:45 p.m., when protesters failed to follow curfew and dispersal orders, we started moving the line north up Woodlane Street.

11. I remember protesters started throwing dangerous objects, including commercial grade fireworks, homemade compression bombs, frozen water bottles, and rocks, at law enforcement when we arrived.

12. Therefore, law enforcement deployed CS gas, or tear gas, into the crowd of unlawfully gathered, violent people to clear the Capitol grounds, suppress the attacks on law enforcement, and to stop property damage.

13. I never commanded ERT members to fire beanbag rounds at peaceful protestors or implied that they should do so. I never would command such action to be taken or imply that it should.

14. I did not command or observe Corporal Wingo's beanbag-round discharge or his interaction with Don Lloyd Cook.

15. I do not know of any law-enforcement officer other than Corporal Wingo who fired a beanbag round during the May and June 2020 protests. I do not know of Corporal Wingo firing a beanbag round in live action other than on June 1, 2020.

16. I had no animosity toward Cook because of any of his actions on June 1, 2020.

_____  \_\_9/27/23_____
Cpt. John Scott Joe                                      Date