# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| DON LLOYD COOK | **Plaintiff** |
| v.   No. 4:22-cv-00548-KGB | |
| RYAN WINGO, individually;<br>JEFF SHEELER, individually;<br>JOHN S. JOE, individually; and<br>WILLIAM J. BRYANT, individually | **Defendants** |

## AFFIDAVIT OF CORPORAL RYAN WINGO

Corporal Ryan Wingo declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I serve as a corporal for Troop K of the Arkansas State Police (ASP) and submit this declaration in support of the Defendants' motion for summary judgment in this case. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, would testify consistently.

2. During the protests that began on May 30, 2020, I held the rank of trooper first class.

3. On June 1, 2020, I was in Little Rock, Arkansas, to address safety concerns due to protests and to assist local law enforcement.

4. On June 1, 2020, I was a member of the ASP's Emergency Response Team (ERT). I was acting as a grenadier.

5. During the protests from May 30, 2020, to approximately June 7, 2020, some riotous protesters threw commercial grade fireworks, homemade compression bombs, frozen water bottles, and rocks. The same things happened on June 1, 2020.

**EXHIBIT 5**

6. Each night, the ASP, the National Guard, and local law enforcement mustered southeast of the Capitol building at the intersection of Woodlane Street and 7th Street.

7. Law enforcement would form a line across Woodlane Street and onto the Capitol grounds.

8. I was stationed approximately 5 to 10 feet behind the line.

9. As a grenadier, my responsibility was to provide coverage for the law-enforcement line. My primary duty was to provide cover using less-lethal force using a 12-gauge shotgun with beanbag rounds.

10. On June 1, in accordance with the City of Little Rock's curfew, law enforcement issued dispersal orders to protesters starting at approximately 10:30 p.m.

11. Between approximately 10:30 p.m. and 10:45 p.m., when protesters failed to follow curfew and dispersal orders, we started moving the line north up Woodlane Street.

12. I remember protesters started throwing dangerous objects, including commercial grade fireworks, homemade compression bombs, frozen water bottles, and rocks, at law enforcement when we arrived.

13. Therefore, law enforcement deployed CS gas, or tear gas, into the crowd of unlawfully gathered, violent people to clear the Capitol grounds, suppress the attacks on law enforcement, and to stop property damage.

14. I do not know of any law-enforcement officer other than me who fired a beanbag round during the May and June 2020 protests. I have not fired a beanbag round in live action other than on June 1, 2020.

15. Around approximately 10:38 p.m. on June 1, I saw Don Lloyd Cook approaching the left side (i.e., the west side) of the line around the landscaping and through CS gas. I saw him turn and face the line after being hit in the back with pepperballs due to noncompliance.

16. Cook continued to be noncompliant and started to approach the line. As he was nearing the line, he was red faced, looked angry, had clinched fists, and was yelling.

17. I did not know whether Cook had a concealed gun or other weapon, but he could have had one.

18. Because Cook continued to advance and it was necessary to protect the safety of the officers on the line, I fired three beanbag rounds at Cook.

19. The first two shots may have missed because of the low lighting, I was wearing a gas mask, and the CS gas.

20. The third shot struck Cook and stopped his advance.

21. I aimed center mass, in compliance with my training. I did not know that the round I fired had unintentionally hit Cook in the face until after the protesters were cleared from the Capitol grounds.

22. I had no animosity towards Cook because of any of his actions on June 1, 2020.

_____   _____9/27/23_____
Cpl. Ryan Wingo                                    Date