IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DON LLOYD COOK     Plaintiff

v.     No. 4:22-cv-00548-KGB

RYAN WINGO, individually;
JEFF SHEELER, individually;
JOHN S. JOE, individually; and
WILLIAM J. BRYANT, individually     Defendants

## AFFIDAVIT OF COLONEL WILLIAM J. BRYANT

Colonel William J. Bryant declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I formerly served as the Director and Colonel of the Arkansas State Police (ASP) and submit this declaration in support of the Defendants' motion for summary judgment in this case. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, would testify consistently.

2. During the protests that occurred from May 30 to June 14, 2020, I held the rank of Colonel and Director.

3. Neither before, after, nor on June 1, 2020, was I aware that Corporal Wingo had a pattern of unconstitutional uses of excessive force.

4. I was unaware of any such pattern because there was not a pattern.

5. I was unaware of any risk that Corporal Wingo would use excessive force on June 1, 2020.

_____      09/26/23
Col. William J. Bryant     Date

EXHIBIT 10