# Incident Report Form
# Arkansas Uniform

**Incident Report Number:** 5.1.0 A-06/20-0696C

## SUMMARY

| Field | Value |
|---|---|
| Incident Type | Use of Force |
| Incident Date | 6/1/2020 |
| Incident Time | 10:38:00 PM |
| Call Location | Arkansas State Capital Building |
| Call Date | 6/1/2020 |
| Call Time | 11:00:00 PM |
| Incident County | PULASKI |
| Incident Address | 500 Woodlane St |
| Incident City | LITTLE ROCK |
| Incident State | AR |
| Incident Zip Code | 72201 |
| Number of Subjects | 1 |
| Number of Vehicles | 0 |

## SUBJECT 1

The Subject is **Suspect**

| Field | Value |
|---|---|
| Last Name | |
| First Name | |
| MI | |
| Suffix | |
| Address | |
| City | |
| State | |
| Zip Code | |
| License Status | Unknown |
| DL Number | |
| DL State | |
| DL Endorsements | None |
| DL Class | |
| DL Restrictions | None |
| Telephone Number | |
| DOB | |
| Race | CAUCASIAN |
| Sex | Male |
| Height | 0' 0" |
| Weight | 275 |
| Hair Color | |
| Eye Color | |
| Employer | |
| Work Number | |
| Work Address | |
| Work City | |
| Work State | |
| Work Zip Code | |
| Injury Transported | ☐ Yes  ☑ No |
| Transported By | |
| Hospital Name | |
| Hospital City | |
| Hospital State | |
| Additional Information | |

## NARRATIVE

On June 1, 2020 while tasked to the Emergency Response Team (ERT), we were requested to deploy to the State Capital Building to disperse protestors from the grounds that have become violent and destructive.

As we arrived to the State Capital Building, protestors began to throw multiple hard objects at us.

We informed the protestors the gathering had became unlawful and that they needed to leave the area or be arrested. After giving dispersal orders multiple times, we began to advance on the crowd and deploy CS Gas to disperse the crowd.

As we advanced, a unknown white male started to approach the left side of the line where there were very few ERT members to arrest the unknown male.

As unknown male advanced towards us, he was struck with a PepperBall system to deter him from advancing any further. Despite being struck multiple times by PepperBalls, the unknown male continued to advance towards us. I then attempted to strike the unknown male with my Less Lethal 12 gauge Shotgun loaded with BeanBag projectiles to prevent him from advancing any further.

Due to the poor lighting at night, wearing a gas mask and a face shield, and the thickness of the CS Gas that was deployed, it took multiple shots before striking the unknown male. After being struck with a BeanBag projectile, the unknown male finally stopped advancing towards us and went to the ground.

After going to the ground, an ERT arrest team went to the unknown male's location and placed him under arrest.

After the State Capital Building's Grounds were cleared of the protestors, it was brought to my attention that the BeanBag projectile that struck the unknown male had unintentionally struck him in the face.

After being arrested, the unknown male was taken to a MEMS Ambulance and assessed by their personnel. After being assessed, the unknown male was released by MEMS personnel from the ambulance before he could be transported to Pulaski County Detention Center.

At a later date, it was brought to my attention that the same unknown male was stuck by a foam baton round that caused him to fall forward and then get struck with the 12ga BeanBag projectile. Reference Incident Report A-06/20-0696P.

| | Rank | Officer Last Name | Officer First Name | Officer MI | Officer Suffix |
|---|---|---|---|---|---|
| OFFICER | TFC | Wingo | Ryan | | |
| | Officer Signature | Officer Department | | | |
| | | STATE POLICE TROOP K | | | |
| | | Officer Badge Number | | | |
| | | 549 | | | |
| | Rank | Supervisor Last Name | Supervisor First Name | Supervisor MI | Officer Suffix |
| | Lieutenant | BROWN | BOBBY | | |
| | Supervisor Signature | Supervisor Department | | | |
| | | STATE POLICE TROOP K | | | |
| | | Supervisor Badge Number | | | |
| | | 269 | | | |

| P I C T U R E | |
|---|---|
| | |

A-06/20-0696C

ASP0003