*Cook, Don Lloyd II*

## IN THE 31ST STATE DISTRICT COURT, NORTH LITTLE ROCK DEPT, ARKANSAS
### 31ST STATE DISTRICT JUDGE, NORTH LITTLE ROCK, DIV 1

# WARRANT OF ARREST
### CITY ARREST WARRANT - AREA 1

**Case Number:** NLCRC-21-1221

Warrant No.: NL-21-1050

### Total Bond to Collect:

Date Printed: May 28, 2021

The State of Arkansas, To Any Law Enforcement Officer in the State:

IT APPEARING that there are reasonable grounds for believing that **DON LLOYD,2ND COOK** has committed the following offenses:

**5-54-102 OBSTRUCTING GOVERNMENTAL
OPERATIONS
A(AN) CLASS C MISDEMEANOR
VIOLATION DATE: 01-JUN-20 - - CITY**

in the County of PULASKI, you are hereby commanded to arrest and bring the above named person before the 31ST STATE DISTRICT COURT, NORTH LITTLE ROCK DEPT.

Given under my hand and seal of said court this May 28, 2021.

☐ **CASH BOND**
☐ **PROFESSIONAL BOND**
☐ **NO CONTACT WITH AFFIANT**
☐ **MANDATORY APPEARANCE**
☐ **OTHER:** _____

Judge or Clerk _____

**Defendant's Last Known Address:**
DON LLOYD,2ND COOK
63 LEFEVER LANE
LITTLE ROCK  AR 72227

Sex: M          Race: WHITE
Height: 70 inches *5'10* Weight: 195 lbs.
Eye color: BROWN     Hair color: BROWN
D.L. State: AR          D.L. Number: 925922352
Date of Birth: 07/07/1962
System ID: 925922352

---

### WARRANT RETURN

BOND POSTED:$_____     ☐ CASH     ☐ RECOGNIZANCE     ☐PROF          ☐10%

I certify that I have served the within warrant of arrest on the _23_ day of _July_, 20 _21_,
at _____

by:   ☐ taking into my custody the within named **DON LLOYD,2ND COOK** .
      ☐ delivering a copy of this warrant of arrest to the within named **DON LLOYD,2ND COOK** personally and releasing
         the accused upon promise to appear in the **31ST STATE DISTRICT COURT, NORTH LITTLE ROCK DEPT** on
         the court date stated herein.
      ☐ Warrant returned unexecuted
      ☐ Warrant recalled

B.Sims 7372 /CSAMerz 4585

Arresting Officer and Agency
SID Number:_____
Arrest Tracking Number:_____

**COURT DATE:**_____ at ___:___ a.m./p.m.
I promise to appear in said court at said time and place.
I understand the above and that my signature is not an admission of guilt.

Signature:

---

### ATN IS REQUIRED FOR FELONIES AND CLASS A MISDEMEANORS (A.C.A. 12-12-1006)

EXHIBIT
_____13_____

PF00009

Prosecuting Attorney's Form Affidavit

Case Number: _NLCRC-2L 1221_

Form supplied by: North Little Rock City Attorney's Office

Date: _____

## IN THE DISTRICT COURT OF NORTH LITTLE ROCK, PULASKI COUNTY, ARKANSAS
## AFFIDAVIT FOR WARRANT OF ARREST FOR THE FOLLOWING PERSON:

| | | |
|---|---|---|
| Don L. Cook | 7/7/1962 W/M | |
| POTENTIAL DEFENDANT'S NAME | DOB/RACE/SEX | _____ Felony |
| 63 Lefever Lane Little Rock, AR 72227 | | |
| ADDRESS | PHONE NUMBER | X Misd. |
| 925922352 | | |
| AR Driver's License | SSN | _____ Violation |

| | 5-10 | 195 | Brown | Brown |
|---|---|---|---|---|
| FBI Number | Height | Weight | Hair Color | Eye Color |

- Pursuant to Rule 7.1 of the Arkansas Rules of Criminal Procedure, the undersigned affiant(s) being duly sworn, deposes and says that he has reason to believe that the above-named person has committed the offense of, violating, Arkansas Code Ann. **Code Number. Code Title.** Code. obstructing Gov. operations 5-54-102 - (a)(1) - Knowingly obstructs, impairs or hinders the performance of a governmental function. (b)(1) Obstructing governmental operations by using or threatening to use physical force is a Class A Misdemeanor

## FACTS CONSTITUTING REASONABLE CAUSE

I, Lieutenant Jeff Sheeler, of the Arkansas State Police, hereby swear and affirm that the following is true and accurate to the best of my knowledge:

FACTS OF ARREST AND FACTS RELEVANT TO CHARGE

Obstructing Governmental Operations (5-54-102)

On 6/1/2020, at approximately 10:45pm, I was providing protection for the Arkansas State Police Emergency Response Team (ERT) and the Arkansas National Guard ERT during the violent Protest at the Arkansas State Capitol building and grounds. I was in a SWAT Capacity as both the overall commander and a functioning member of the team. I was stationed on top of the Bear and was supporting the turret operator (Trooper Baethke). My primary mission was to provide lethal protection for members on the ground and my secondary mission was less lethal protection with a 40 mm single launcher for foam impact munitions.

Continued on Page 2 of 3 page document

PF00010

Page 2 of 3 document

Case Number: _____
Date: _____

As the ERT Teams and SWAT approached and passed the Capitol steps at the intersection of Capitol Avenue and Woodlane, I observed the left side of the line of ERT members engaging a white male who was refusing commands to leave the area with peperball. He was wearing a white shirt and red shorts. The rounds were hitting him in the back as he was being driven from the area. Suddenly he turned and began shouting at the ERT Members in an aggressive manner and began to approach the line with clenched fists. He appeared very agitated.

I fired one (1) foam impact round at his upper left thigh from a distance of approximately 20 yards. The round struck him in the upper thigh/groin area and stopped his advance. Almost simultaneously he was engaged with a bean bag round from a member of ERT on the line and collapsed on the lawn and did not move. Members of an ERT arrest team advanced and took him into custody after a few seconds. He was conscience but was suffering an obvious injury to his mouth which was bleeding profusely.

ERT members moved him behind the BEAR to him medical attention and I did not see him again. I learned later that his was turned over to MEMS for treatment but law enforcement lost track of him in the chaos and he was not booked into the Pulaski County Jail. Efforts to identify him with MEMS records had been negative. A ten o'clock (pm) curfew was in effect on this date and time.

Upon viewing a video recording taken on May 4, 2021, of Don Cook being questioned by ASP Attorney Mary Claire McLaurin regarding these events, I was able to positively identify him as the individual referenced in my report. The video conference took place in association with an Arkansas Claims Commission case, No. 210648 , in which Don Lloyd Cook (DOB: 7/7/1962) filed a claim against the Arkansas State Police alleging that he suffered injuries to his face from a non-lethal projectile at the exact time, date, and location as the events referenced in the incident report.

I swear that the allegations contained herein are the truth, the whole truth and nothing but the truth.

1. _Lt Jeff Sheeler #457_          2. _____
**Affiant's Signature**                       Affiant's Signature
Lieutenant Jeff Sheeler
**Print Name**                                Print Name
1 State Police Plaza Dr. Little Rock, AR 72209
**Address**                                   Address
501-618-8282
**Phone**                                     Phone

Subscribed and sworn to before me this _28_ day of _May_ , 202_0_
District Court Clerk          By _Tamara Newsom_ _____

TAMARA NEWSOM
NO. 12697342
NOTARY
PUBLIC
EXPIRES
05-24-2025
SALINE COUNTY - ARKANSAS

PF00011

Page 3 of 3 document

Case Number: _____

Date: _____

(Deputy Clerk)

I hereby find that this sworn affidavit demonstrates reasonable and probable cause for the issuance of a warrant of arrest for the above-named individual for the above-stated offense.

_____            _____
District Judge                                    District Court, Pulaski County, AR

PF00012