# Incident Report Form
# Arkansas Uniform

| | | |
|---|---|---|
| | | Incident Report Number |
| | 5.1.0 | A-06/20-0069P |

## SUMMARY

| Incident Type | Incident Date | Incident Time |
|---|---|---|
| USE OF FORCE | 5/31/2020 | 10:45:00 PM |

| Call Location | Call Date | Call Time |
|---|---|---|
| ARKANSAS STATE CAPITOL | 5/31/2020 | 10:45:00 PM |

| Incident County | Incident Address |
|---|---|
| PULASKI | WOODLANE AND CAPITOL AVENUE |

| Incident City | Incident State | Incident Zip Code |
|---|---|---|
| LITTLE ROCK | AR | 72204 |

| Number of Subjects | Number of Vehicles |
|---|---|
| 1 | 0 |

## SUBJECT 1

The Subject is **Suspect**

| Last Name | First Name | MI | Suffix |
|---|---|---|---|
| UNK | UNK | | |

| Address | City | State | Zip Code |
|---|---|---|---|
| UNKNOWN | | | 00000 |

| License Status | DL Number | DL State | DL Endorsements | DL Class | DL Restrictions |
|---|---|---|---|---|---|
| Unknown | UNKNOWN | | | | |

| Telephone Number | DOB | Race | Sex |
|---|---|---|---|
| | | CAUCASIAN | Male |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 5' 9" | 165 | BRN - Brown | |

| Employer | Work Number |
|---|---|
| | |

| Work Address | Work City | Work State | Work Zip Code |
|---|---|---|---|
| | | | |

Injury Transported: ☐ Yes  ☑ No

Transported By:

| Hospital Name | Hospital City | Hospital State |
|---|---|---|
| | | |

Additional Information:

## NARRATIVE

ON 06/01/2020, AT APPROXIMATELY 10:45 PM, I WAS PROVIDING PROTECTION FOR THE ARKANSAS STATE POLICE EMERGENCY RESPONSE TEAM (ERT) AND THE ARKANSAS NATIONAL GUARD ERT DURING THE VIOLENT PROTESTS AT THE ARKANSAS STATE CAPITOL BUILDING AND GROUNDS. I WAS IN A SWAT CAPACITY AS BOTH THE OVERALL COMMANDER AND A FUNCTIONING MEMBER OF THE TEAM. I WAS STATIONED ON TOP OF THE BEAR AND WAS SUPPORTING THE TURRET OPERATOR (TROOPER BAETHKE). MY PRIMARY MISSION WAS TO PROVIDE LETHAL PROTECTION FOR MEMBERS ON THE GROUND AND MY SECONDARY MISSION WAS LESS LETHAL PROTECTION WITH A 40 MM SINGLE LAUNCHER FOR FOAM IMPACT MUNITIONS.

AS THE ERT TEAMS AND SWAT APPROACHED AND PASSED THE CAPITOL STEPS AT THE INTERSECTION OF CAPITOL AVENUE AND WOODLANE, I OBSERVED THE LEFT SIDE OF THE LINE OF ERT MEMBERS ENGAGING A WHITE MALE WHO WAS REFUSING COMMANDS TO LEAVE THE AREA WITH PEPPERBALL. HE WAS WEARING A WHITE SHIRT AND RED SHORTS. THE ROUNDS WERE HITTING HIM IN THE BACK AS HE WAS BEING DRIVEN FROM THE AREA. SUDDENLY HE TURNED AND BEGAN SHOUTING AT THE ERT MEMBERS IN AN AGGRESSIVE MANNER AND BEGAN TO APPROACH THE LINE WITH CLENCHED FISTS. HE APPEARED VERY AGITATED.

I FIRED ONE (1) FOAM IMPACT ROUND AT HIS UPPER LEFT THIGH FROM A DISTANCE OF APPROX. 20 YARDS. THE ROUND STRUCK HIM IN THE UPPER THIGH/GROIN AREA AND STOPPED HIS ADVANCE. ALMOST SIMULTANEOUSLY HE WAS ENGAGED WITH A BEAN BAG ROUND FROM A MEMBER OF ERT ON THE LINE AND COLLAPSED ON THE LAWN AND DID NOT MOVE. MEMBERS OF AN ERT ARREST TEAM ADVANCED AND TOOK HIM INTO CUSTODY AFTER A FEW SECONDS. HE WAS CONSCIENCE BUT WAS SUFFERING AN OBVIOUS INJURY TO HIS MOUTH WHICH WAS BLEEDING PROFUSELY.

ERT MEMBERS MOVED HIM BEHIND THE BEAR TO GET HIM MEDICAL ATTENTION AND I DID NOT SEE HIM AGAIN. I LEARNED LATER THAT HE WAS TURNED OVER TO MEMS FOR TREATMENT BUT LAW ENFORCEMENT LOST TRACK OF HIM IN THE CHAOS AND HE WAS NOT BOOKED INTO THE PULASKI COUNTY JAIL.

EFFORTS TO IDENTIFY HIM WITH MEMS RECORDS HAVE BEEN NEGATIVE TO THIS POINT.

**OFFICER**

| Rank | Officer Last Name | Officer First Name | Officer MI | Officer Suffix |
|---|---|---|---|---|
| LT | Sheeler | Jeff | | |

| Officer Signature | Officer Department |
|---|---|
| *(signed)* Lt Jeff She— | STATE POLICE TROOP A |
| | Officer Badge Number |
| | 457 |

| Rank | Supervisor Last Name | Supervisor First Name | Supervisor MI | Officer Suffix |
|---|---|---|---|---|
| SGT | Williams | Coty | N/A | N/A |

| Supervisor Signature | Supervisor Department |
|---|---|
| *(signed)* Sgt C Williams | STATE POLICE TROOP A |
| | Supervisor Badge Number |
| | 329 |

| PICTURE | |
|---|---|
| | |

A-06/20-0069P
ASP0006