# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **DON LLOYD COOK** | **Plaintiff** |
| v.   No. 4:22-cv-00548-KGB | |
| **RYAN WINGO**, individually;<br>**JEFF SHEELER**, individually;<br>**JOHN S. JOE**, individually; and<br>**WILLIAM J. BRYANT**, individually | **Defendants**[1] |

## DEFENDANTS' STATEMENT OF UNDISPUTED FACTS

Corporal Ryan Wingo, Captain Jeff Sheeler, Captain John Joe, and Colonel William Bryant, for their statement of undisputed facts pursuant to Local Rule 56.1, state:

1. George Floyd's death, on May 25, 2020, lead to many protests throughout the United States. Compl. ¶ 15.

2. At least some of the peaceful protests would devolve into violence, including shootings, looting, and vandalism. Derrick Bryson Taylor, *George Floyd Protests: A Timeline*, New York Times (Nov. 5, 2021), https://www.nytimes.com/article/george-floyd-protests-timeline.html.

3. Throughout the nation, "officers were shot and wounded" and "injured after being struck by cars," and civilians were killed. *Id.*

4. "Arkansas in June 2020 was not immune to the anger, frustration and fear of police violence voiced by protesters of Mr. Floyd's death." Compl. ¶ 17.

---

[1] Originally, Cook sued five unnamed ASP troopers. *See* Compl. ¶ 8, Doc. 1. Cook recently moved to dismiss those troopers, so the Defendants will proceed under the assumption that the Court will grant that motion. *See* Mot. Dismiss, Doc. 14; Br. Supp. Mot. Dismiss, Doc. 15.

5. On May 31, 2020, the Little Rock "[p]rotests took a violent turn," with riotous protestors hitting "at least one police officer . . . with rocks," "shooting fireworks at" officers, and smashing car and building windows near the Capitol. *In Little Rock, rally near Capitol turns violent*, Ark. Dem.-Gazette (May 31, 2020) [hereinafter, "*Little Rock Rally Turns Violent*"], https://www.arkansasonline.com/news/2020/may/31/in-lr-rally-near-capitol-turns-violent-/.

6. Riotous protesters also threw large artillery-shell fireworks, frozen water bottles, slingshot ball bearings, and compression bombs at officers. Ex. 6, at 56:5–16 (Cook Dep.); Ex. 7, at 121:9–18 (Lt. Brown Dep.); Ex. 8, at 34:1 (Cpt. Sheeler Dep.); Ex. 3, ¶ 5 (Cpt. Sheeler Decl.); Ex. 4, ¶ 11 (Cpt. Joe Decl.); Ex. 5, ¶ 13 (Cpl. Wingo Decl.).

7. These things also happened on June 1, 2020.

8. On June 1, 2020, a 10 p.m. curfew was in effect. Ex. 9 (Little Rock June 1, 2020 Press Release); Ex. 6, at 55:18–21 (Cook Dep.).

9. Don Lloyd Cook knew about the 10 p.m. curfew. Ex. 6, at 55:18–21 (Cook Dep.).

10. Law enforcement in front of the Capitol building began issuing dispersal orders around 10:30 p.m. Ex. 3, ¶ 10 (Cpt. Sheeler Decl.); Ex. 4, ¶ 9 (Cpt. Joe Decl.); Ex. 5, ¶ 10 (Cpl. Wingo Decl.).

11. CS gas (or tear gas) was eventually deployed to disperse those unlawfully gathered after curfew. Ex. 6, at 69:20–21 (Cook Dep.); Ex. 3, ¶ 13 (Cpt. Sheeler Decl.); Ex. 4, ¶ 12 (Cpt. Joe Decl.); Ex. 5, ¶ 13 (Cpl. Wingo Decl.).

12. Like other nights after curfew, riotous protesters threw dangerous objects at the officers, including artillery-shell fireworks, frozen water bottles, rocks, sticks, slingshot ball bearings, and liquid-filled balloons. Ex. 6, at 56:5–16 (Cook Dep.); Ex. 7, at 121:9–18 (Lt. Brown

Dep.); Ex. 8, at 34:1 (Cpt. Sheeler Dep.); Ex. 3, ¶ 12 (Cpt. Sheeler Decl.); Ex. 4, ¶ 11 (Cpt. Joe Decl.); Ex. 5, ¶ 12 (Cpl. Wingo Decl.).

13. Cook did not leave the Capitol grounds, failing to comply with the 10 p.m. curfew. Ex. 6, at 58:19–59:7 (Cook Dep.); Ex. 3, ¶ 16 (Cpt. Sheeler Decl.); Ex. 5, ¶ 15 (Cpl. Wingo Decl.).

14. When Cook saw officers approaching from the south, he decided to walk north. Ex. 6, at 58:19–59:7 (Cook Dep.).

15. Although Cook went north, his car was parked "[a] couple of blocks" east of the Capitol building. *Id.* at 47:5–20.

16. Cook started out "[w]alking along one of the sidewalks." *Id.* at 69:22–24.

17. While walking away, Cook would "turn around" to look at the officers. *Id.* at 72:18–73:7.

18. Eventually, Cook turned and walked onto the grass. *Id.* at 75:25–76:7.

19. While he was walking, Cook was moving through tear gas." *Id.* at 69:20–21.

20. Around 10:40 p.m., the officers first saw Cook. Ex. 3, ¶ 16 (Cpt. Sheeler Decl.); Ex. 5, ¶ 15 (Cpl. Wingo Decl.).

21. He emerged from landscaping and a cloud of tear gas. Ex. 6, at 69:20–21 (Cook Dep.); Ex. 5, ¶ 15 (Cpl. Wingo Decl.).

22. The law-enforcement line nearest Cook was spread thin, with little support. Ex. 11, at 1 (Cpl. Wingo Incident Report).

23. From the officers' perspective, Cook was red faced, had clinched fists, and was yelling at the officers. Ex. 3, ¶ 16 (Cpt. Sheeler Decl.); Ex. 5, ¶ 16 (Cpl. Wingo Decl.).

24. The officers reasonably inferred that Cook was angry or extremely aggitated. Ex. 3, ¶ 16 (Cpt. Sheeler Decl.); Ex. 5, ¶ 16 (Cpl. Wingo Decl.).

25. The distance between the law-enforcement line and Cook closed between the time the officers first saw Cook and when Cook was eventually hit with a beanbag round. Ex. 8, at 49:18–22 (Cpt. Sheeler Dep.); Ex. 3, ¶ 16 (Cpt. Sheeler Decl.); Ex. 5, ¶ 18 (Cpl. Wingo Decl.).

26. When Cook was about 10 feet from the line, he turned to face the sparse officer line, though he did not "advance" on them. Ex. 8, at 64:2–5 (Cpt. Sheeler Dep.); Ex. 6 (affidavits); Ex. 6, at 74:20–22 (Cook Dep.) (admitting that "[he] do[esn't] know" if his "direction ever change[d]" during the encounter); Ex. 6, at 170:10–12 (Cook Dep.) (claiming he "did [not] advance toward any police officers").

27. The officers did not know whether Cook had a concealed gun or other weapon, but from the officers' perspective, he could have had one. Ex. 8, at 64:6–8 (Cpt. Sheeler Dep.); Ex. 3, ¶ 17 (Cpt. Sheeler Decl.); Ex. 17 (Cpl. Wingo Decl.).

28. Corporal Wingo saw Cook's demeanor and proximity to the line Ex. 5, ¶ 16 (Cpl. Wingo Decl.); Ex. 6, at 78:5–7 (Cook Dep.) (admitting that "[he] do[esn't] know" "from how far away [he] got hit").

29. Because Corporal Wingo was concerned about an imminent altercation between Cook and the officer nearest Cook, Corporal Wingo fired his less-lethal beanbag-round 12-gauge shotgun. Ex. 5, ¶ 18 (Cpl. Wingo Decl.).

30. Corporal Wingo fired three beanbag rounds at Cook. *Id.* ¶ 18.

31. The third hit Cook on the right side of his face. Ex. 6, at 77:9–13 (Cook Dep.).

32. Corporal Wingo had been trained on the use of beanbag rounds, and on June 1, 2020, Corporal Wingo aimed this beanbag rounds at Cook's center mass, in compliance with his training. Ex. 5, ¶ 21 (Cpl. Wingo Decl.).

33. Captain Sheeler independently saw Cook, determined that action was necessary, and fired a foam impact round from a 40mm single launcher. Ex. 3, ¶ 18 (Cpt. Sheeler Decl.).

34. No Defendant had animus towards Cook because of his protected expression. Ex. 3, ¶ 19 (Cpt. Sheeler Decl.); Ex. 4, ¶ 16 (Cpt. Joe Decl.); Ex. 5, ¶ 22 (Cpl. Wingo Decl.).

35. No one has ever filed a complaint against Corporal Wingo for using excessive force, nor has he been investigated for using excessive force. Ex. 12, at 2 (Cpl. Wingo's Interrogatory Responses).

36. Therefore, Colonel Bryant was unaware of any potential risk that Corporal Wingo would use the alleged excessive force on June 1, 2020. Ex. 10, ¶¶ 4–5 (Col. Bryant Aff.).

37. No one other than Cook was hit with a beanbag round during the May and June 2020 protests. Compl. ¶ 131, Doc. 1; Ex. 4, ¶ 15 (Cpt. Joe Decl.); Ex. 3, ¶ 15 (Cpt. Sheeler Decl.); Ex. 5, ¶ 14 (Cpl. Wingo Decl.).

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General

By:   Noah P. Watson
       Ark. Bar No. 2020251
       Senior Assistant Attorney General

       Justin Brascher
       Ark. Bar No. 2023029
       Assistant Attorney General

       Arkansas Attorney General's Office
       323 Center Street, Suite 200
       Little Rock, Arkansas 72201
       (501) 682-1019
       (501) 682-2591 fax
       noah.watson@arkansasag.gov
       justin.brascher@arkansas.gov

       *Attorneys for Defendants*