IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DON LLOYD COOK,                                                              PLAINTIFF

v.                        CASE NO. 4:22-CV-548-KGB

RYAN WINGO, et al.,                                                          DEFENDANTS

**PLAINTIFF'S STATUS REPORT**

NOW COMES Plaintiff, DON LLOYD COOK, by and through his attorneys, LAUX LAW GROUP, and respectfully submits to this Honorable Court his Status Report pursuant to the Court's Final Scheduling Order:

1. **Date and result of any settlement conference.**

   The parties have not scheduled a settlement conference.

2. **Settlement prospects.**

   Settlement prospects appear unlikely. PLAINTIFF has suggested the parties schedule a settlement conference but DEFENDANTS have strongly declined.

3. **An estimate of the length of trial.**

   PLAINTIFF believes that the jury trial in the matter should not exceed four (4) days.

                                                        Respectfully submitted,

                                                        Michael J. Laux
                                                        Michael J. Laux
                                                        E. Dist. Arkansas Bar No. 6278834
                                                        One of the Attorneys for PLAINTIFF
                                                        LAUX LAW GROUP
                                                        400 W. Capitol Avenue, Suite 1700
                                                        Little Rock, AR 72201
                                                        Telephone: (501) 242-0750
                                                        Facsimile: (501) 372-3482
                                                        E-mail: mlaux@lauxlawgroup.com
                                                                    mikelaux@icloud.com