IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DON LLOYD COOK                                                          PLAINTIFF

v.                                         Case No. 4:22-cv-00548 KGB

RYAN WINGO, Individually, *et al.*                                      DEFENDANTS

## ORDER

Before the Court is plaintiff Don Lloyd Cook's motion for an extension of time to file his responses to defendants' motion for summary judgment and *Daubert* motion (Dkt. No. 23).  On September 28, 2023, defendants filed two motions:  a motion for summary judgment and a *Daubert* motion to exclude plaintiff's expert witness (*Id.*, ¶ 3).  Plaintiff now requests an 18-day extension to respond to those motions (*Id.*, ¶ 1).  Plaintiff's counsel states that his professional schedule involves many other pending cases and has recently been particularly busy (*Id.*, ¶¶ 4-9).  For good cause shown, the Court grants plaintiff's motion for extension.  The time for plaintiff to respond to defendants' motion for summary judgment (Dkt. No. 19) and to defendants' *Daubert* motion (Dkt. No. 16) is extended to, and includes, October 30, 2023.

It is so ordered this 13th day of October, 2023.

Kristine G. Baker
United States District Judge