**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DON LLOYD COOK**                                                                                    **PLAINTIFF**

**v.**                                              **Case No. 4:22-cv-00548 KGB**

**RYAN WINGO,** *et al.*                                                                            **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to continue all pending deadlines (Dkt. No. 33).  This case is currently set for trial on January 22, 2024 (*Id.*, ¶ 1).  The defendants' motion for summary judgment is currently pending before the Court (*Id.*, ¶ 2).  The parties request that the Court extend all pretrial deadlines and continue the trial date (*Id.*, ¶ 4).  For good cause shown, the Court grants the parties' joint motion to continue all pending deadlines.  The Court removes this case from the trial calendar for the week of January 22, 2024.  The Court will reset all necessary deadlines and reset the case for trial by separate Order.

It is so ordered this 29th day of December, 2023.

_____
Kristine G. Baker
Chief United States District Judge