# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DON LLOYD COOK**                                                      **PLAINTIFF**

**v.**                       **Case No. 4:22-cv-00548 KGB**

**RYAN WINGO,** *et al.*                                    **DEFENDANTS**

## ORDER

Before the Court is the defendants' motion for leave to file defendants' reply in support of motion to exclude the testimony of plaintiffs' expert Thomas J. Tiderington (Dkt. No. 31). Defendants state that they seek leave to reply to address arguments raised in plaintiff Don Lloyd Cook's response (*Id.*, ¶ 3). Mr. Cook has not responded in opposition to the motion, and the time to do so has passed. For good cause shown, the Court grants the motion for leave to file a reply (*Id.*). Defendants shall file their reply within seven days of the date of entry of this Order.

It is so ordered this 9th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge