IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DON LLOYD COOK,                                                                                              PLAINTIFF

v.                                           CASE NO. 4:22-CV-548-KGB

RYAN WINGO, et al.,                                                                                         DEFENDANTS

### NOTICE TO COURT OF EIGHTH CIRCUIT QUALIFIED IMMUNITY DECISION, *MARKS V. BAUER*

Plaintiff, DON LLOYD COOK (hereafter "PLAINTIFF"), by and through his attorneys, respectfully gives this Court Notice of a recent Eighth Circuit Court of Appeals decision, *Marks v. Bauer*, 2024 U.S. App. LEXIS 17076*, __ F.4th __, 2024 WL 3382568[1], a case in which the Eighth Circuit affirmed the denial of a beanbag projectile-firing officer's motion for summary judgment asserting qualified immunity. The facts of *Marks*—a Fourth Amendment case of which this Court is surely already aware—are remarkably similar to those of the instant case.

A motion for summary judgment has been filed in the instant case. See Doc. #19. With this notice, PLAINTIFF respectfully adopts and incorporates *Marks* in support of his prior arguments to deny the pending summary judgment motion. See Doc. #26.

                                                                  Respectfully submitted,

                                                                  Michael J. Laux
                                                                  Michael J. Laux
                                                                  E. Dist. Arkansas Bar No. 6278834
                                                                  One of the Attorneys for PLAINTIFF
                                                                  LAUX LAW GROUP
                                                                  400 W. Capitol Avenue, Suite 1700
                                                                  Little Rock, AR 72201
                                                                  Telephone: (501) 242-0750
                                                                  Facsimile: (501) 372-3482
                                                                  Email: mlaux@lauxlawgroup.com
                                                                            mikelaux@icloud.com

---

[1] See Exhibit 1 attached.