## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DON LLOYD COOK**                                                                                    **PLAINTIFF**

**v.**                                     **Case No. 4:22-cv-00548 KGB**

**RYAN WINGO,** *et al.*                                                          **DEFENDANTS**

### ORDER

Before the Court is plaintiff Don Lloyd Cook's motion to dismiss John Doe defendants pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 14).  Mr. Cook states that defendants John Does 1-5 are not necessary parties in this action and requests that the Court dismiss them with prejudice from this case pursuant to Federal Rule of Civil Procedure 41(a)(2).  For good cause shown, the Court grants Mr. Cook's motion.  The Court dismisses with prejudice John Does 1-5.

It is so ordered this 27th day of September, 2024.

Kristine G. Baker
Chief United States District Judge