# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DON LLOYD COOK**                                                                                          **PLAINTIFF**

**v.**                            **Case No. 4:22-CV-548-KGB-PSH**

**RYAN WINGO, Individually, et al.**                                                           **DEFENDANTS**

## NOTICE OF APPEARANCE

Assistant Attorney General Laura Purvis respectfully enters her appearance as counsel for Defendants Ryan Wingo, Jeff Sheeler, John S. Joe, and William J. Bryant, in their individual capacities, and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General

By:    Laura Purvis | Ark. Bar No. 2023239
        Assistant Attorney General
        Arkansas Attorney General's Office
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone:  (501) 320-3085
        Fax:     (501) 682-2591
        Email:  laura.purvis@arkansasag.gov

*Attorneys for Defendants*