### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DON LLOYD COOK**                                                          **PLAINTIFF**

**v.**                                    **Case No. 4:22-cv-00548-KGB**

**RYAN WINGO,** *et al.*                                                **DEFENDANTS**

### ORDER

Before the Court is plaintiff Don Lloyd Cook's unopposed motion to continue trial date (Dkt. No. 49).  Counsel for Mr. Cook represents that he has scheduling conflicts with the current trial setting for this case (*Id.*, ¶¶ 3–4).  Mr. Cook therefore requests that the trial setting for this case be reset to the week of June 30, 2025 (*Id.*, ¶ 11).  Mr. Cook represents that this proposed trial setting is acceptable to both parties (*Id.*, ¶ 5).  Mr. Cook states that he does not seek to alter the other deadlines in the Court's Amended Final Scheduling Order (*Id.*).  For good cause shown, the Court grants the motion (*Id.*).  The Court removes this case from the May 5, 2025, trial calendar. The Court will reset the trial date by separate Order.

It is so ordered this 14th day of March, 2025.


_____
Kristine G. Baker
Chief United States District Judge