IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DON LLOYD COOK**                                                                           **PLAINTIFF**

**v.**                              **CASE NO. 4:22-cv-00548-KGB**

**RYAN WINGO,** *et al.*                                                    **DEFENDANTS**

**BRIEF IN SUPPORT OF
DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

1. A jury trial in this matter is currently set to begin on June 30, 2025.

2. Defendants do not request a continuance of the current trial date. Instead, Defendants request only a modification of the pre-trial deadlines set forth below.

3. The Second Amended Scheduling Order, ECF No. 51, contains the following pre-trial deadlines:

    a. April 14 –
        i. Status Report
        ii. Pretrial Disclosure Sheet
        iii. Trial Briefs
        iv. Deposition Designations
    b. April 21 –
        i. Motions *in Limine*
        ii. Responding Trial Briefs
        iii. Counter-Designations
    c. April 25 –
        i. Objections to Any Deposition or Videotapes
    d. April 28 –
        i. Jury Instructions
        ii. Stipulations
    e. April 30 –
        i. Response to Objections to Any Deposition or Videotapes

4. Pursuant to Federal Rules of Civil Procedure 15(a) and 16(b), and for good cause, Defendants move for a 14-day extension of each the foregoing pre-trial deadlines.

5. Federal Rule of Civil Procedure 16(b) provides that a scheduling order may be modified only for good cause and with the judge's consent.

6. Good cause exists for the requested extensions.

7. Specifically, Defendants' counsel's obligations and deadlines in other cases necessitate the extensions requested above.

8. First, Defendants' counsel Ryan Hale recently had a three-day bench trial in *Cherokee Nation Businesses, LLC, et al., v. State of Arkansas, et al.*, 4:24-cv-969-DPM, which lasted from March 25 to March 27, 2025. Counsel currently has a post-trial brief due in this case on April 17, 2025. The bench trial made it difficult for counsel to prepare for the upcoming pre-trial deadlines in the current case. And the post-trial briefing deadline in *Cherokee* will also make it difficult for counsel to meet the pre-trial deadlines in this case.

9. Second, Defendants' counsel Ryan Hale is currently drafting a reply brief in an appeal to the Eighth Circuit in the case of *Arnett v. Norris*, 24-3144, which is due on April 30, 2025.

10. And third, Defendants' counsel Laura Purvis is currently preparing for a preliminary injunction hearing in *Arkansas Association of the Deaf v. Oliva*, 4:25-cv-273-KGB, which is set for May 2, 2025.

11. Defendants' counsel has conferred with Plaintiffs' counsel on this motion, and this motion is unopposed.

WHEREFORE, Defendants respectfully request that the Court grant this unopposed motion to amend scheduling order.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:   Ryan Hale
      Ark. Bar No. 2024310
      Senior Assistant Attorney General

      Laura Purvis
      Ark. Bar No. 2023239
      Assistant Attorney General

      Arkansas Attorney General's Office
      323 Center Street, Suite 200
      Little Rock, AR 72201
      (501) 295-7419
      (501) 682-2591 fax
      ryan.hale@arkansasag.gov

      *Attorneys for Ryan Wingo and Jeff Sheeler*