## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DON LLOYD COOK**                                                                      **PLAINTIFF**

**v.**                                      **Case No. 4:22-cv-00548-KGB**

**RYAN WINGO,** *et al.*                                          **DEFENDANTS**

<u>**ORDER**</u>

Before the Court is defendants Ryan Wingo and Jeffrey Sheeler's motion for leave to file reply brief (Dkt. No. 61). Defendants represent that they seek leave to file a reply brief to address arguments raised in plaintiff Don Lloyd Cook's response in opposition to the pending motion *in limine* (*Id.*, ¶ 3). Defendants have attached a copy of their proposed reply brief to their motion (Dkt. No. 61-1). Mr. Cook filed a response in opposition to the motion for leave to file reply (Dkt. No. 62). For good cause shown, the Court grants the motion (*Id.*). Defendants may file their proposed reply brief within seven days of the date of this Order.

It is so ordered this 28th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Judge