**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DON LLOYD COOK**                                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 4:22-cv-00548-KGB**

**RYAN WINGO, et al.**                                                                            **DEFENDANTS**

**DEFENDANTS' LOCAL RULE 26.2
SUPPLEMENTAL PRETRIAL DISCLOSURE SHEET**

Defendants, Captain Jeffrey Sheeler and Corporal Ryan Wingo, for their supplemental pretrial disclosures, supplement the answer given in question 12 of their pretrial disclosure sheet (*see* ECF No. 54):

**(12) The names, addresses and telephone numbers of witnesses for the party. Separately identify witnesses whom the party expects to present and those whom the party may call. Designate witnesses whose testimony is expected to be presented via deposition and, if not taken stenographically, a transcript of the pertinent portion of the deposition testimony.**

Defendants expect to call the following individuals as live witnesses:

- Captain Jeffrey Sheeler. Capt. Sheeler may be contacted through undersigned counsel for Defendants.
- Corporal Ryan Wingo. Cpl. Wingo may be contacted through undersigned counsel for Defendants.
- Don Lloyd Cook. Mr. Cook may be contacted through his counsel, Mr. Mike Laux.
- Lieutenant Bobby Brown. Lt. Brown may be contacted through undersigned counsel for Defendants.
- Captain Scott Joe. Capt. Joe may be contacted through undersigned counsel for Defendants.

Defendants may call the following individuals as live witnesses/rebuttal witnesses:

- Fmr. Colonel William J. Bryant. Fmr. Col. Bryant has retired from the Arkansas State Police but may be contacted through undersigned counsel for Defendants.
- Corporal Jason Baethke. Cpl. Baethke may be contacted through undersigned counsel for Defendants.

                Respectfully submitted,

                TIM GRIFFIN
                Attorney General

By:    Laura Purvis
        Ark. Bar No. 2023239
        Assistant Attorney General
        Arkansas Attorney General's Office
        101 West Capitol Avenue
        Little Rock, AR 72201
        (501) 320-3085
        (501) 682-2591 fax
        laura.purvis@arkansasag.gov

        *Attorneys for Ryan Wingo and Jeff Sheeler*