## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DON LLOYD COOK**                                                                            **PLAINTIFF**

**v.**                                    **Case No. 4:22-cv-00548-KGB**

**RYAN WINGO,** *et al.*                                                              **DEFENDANTS**

## ORDER

Before the Court is defendants Ryan Wingo and Jeffrey Sheeler's motion for continuance (Dkt. No. 67). Defendants represent that they received late notice that one of their primary witnesses for trial, Lieutenant Bobby Brown, will be out of state during the week of trial and will be unable to testify during the week the trial is currently scheduled (*Id.*, ¶ 3). Defendants therefore request that the Court continue the current trial setting for this case, as well as all pretrial deadlines associated therewith (*Id.*, at 2). Counsel for plaintiff Don Lloyd Cook has informally communicated to the Court that Mr. Cook does not oppose the motion on the terms upon which the parties agreed. For good cause shown, the Court grants the motion. The Court removes this case from the June 30, 2025, trial calendar and continues all unexpired pretrial deadlines. The Court will reset the trial setting and pretrial deadlines by separate Order.

It is so ordered this 13th day of June, 2025.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge