### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DON LLOYD COOK**                                                                                      **PLAINTIFF**

**v.**                              **CASE NO. 4:22-cv-00548-KGB**

**RYAN WINGO,** *et al.*                                                                              **DEFENDANTS**

**ORDER**

Defendants Ryan Wingo and Jeffrey Sheeler, along with Monique Fleming, Eric Wacaster, Tess Bradford, Jason Baethke, Bobby Brown, and John Scott Joe are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse in Little Rock, Arkansas on Monday, October 20, 2025, for a jury trial in this matter, and continuing each day after until the jury trial concludes, subject to the following rules:

(a) This Order grants permission for those individuals identified in this Order to bring a cell phone, laptop computer, or personal digital assistant into the courthouse for their personal use, not to bring in such devices possessed by or for use by other individuals not identified in this Order.

(b) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(c) Cell phones must be turned off and put away when in the courtroom.

(d) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(e) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes but is not limited to placing the device

        through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(f)      The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), (c), or (d) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

It is so dated this the 17th day of October, 2025.

*Kristine G. Baker* (signature)
_____
Kristine G. Baker
Chief United States District Judge