**Defendants**

AO 187 (Rev. 7/87) Exhibit and Witness List



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 27 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# United States District Court
## Eastern District of Arkansas

| | | |
|---|---|---|
| Don L. Cook | v. | Ryan Wingo, et al. |

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:22-cv-548-KGB-PSH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kristine G. Baker | Michael Laux & Austin Porter | Laura Purvis & Justin Brascher |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/21/25 | Select Reporter... | Tracy Washington |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Arrest Warrant and Probable Cause Affidavit |
| | 2 | 10/24/25 | | | Wingo Incident Report (ASP 0001-0003) |
| | 3 | | | | Sheeler Incident Report (ASP 0004-0006) |
| | 4 | 10/20/25 | | | Policies: UOF (Ex. 4); Reporting/Investigating UOF (Ex. 4A), Emg. Resp. Team (Ex. 4B) |
| | 5 | | | | Bobby Brown's Memo |
| | 6 | | | | Cook's Diversion Agreement |
| | 7 | | | | Curfew - Press Release from June 1, 2020 (Ex. 9 to DE 19) |
| | 8 | | | | FB Post w Cook's Comment (PF000135) |
| | 9 | | | | Joe Incident Report Form (ASP Docs. 1) |
| | 10 | | | | Sheeler Use of Force Report (ASP Docs. 7–8) |
| | 11 | | | | Wingo UOF Report (ASP Docs. 9–10) |
| | 12 | | | | ERT After Action Report (ASP Docs. 11–16) |
| | 13 | | | | ERT Munitions Usage Report (ASP Docs. 17) |
| | 14 | withdrawn | | | Sheeler Memo to Maj. Marks (ASP Docs. 18–21) |
| | 15 | | | | Ben Ibarra UOF (ASP Docs. 25–26) |
| | 16 | | | | Ben Ibarra IRF (ASP Docs. 27–28) |
| | 17 | | | | Monroe UOF (ASP Docs. 33-34) |
| | 18 | | | | Monroe IRF (ASP Docs. 35) |
| | 19 | | | | Linkous UOF (ASP Docs. 36-37) |
| | 20 | | | | Linkous IRF (ASP Docs. 38) |
| | 21 | | | | McAllister UFO (ASP Docs. 39-40) |
| | 22 | | | | McAllister IRF (ASP Docs. 44) |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)  EXHIBIT AND WITNESS LIST - CONTINUATION

Don L. Cook    v.    Ryan Wingo, et al.

CASE NUMBER: 4:22-cv-548-KGB-PSH

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | | | | Syfert UOF (ASP Docs. 42–43) |
| | 24 | | | | Syfert IRF (ASP Docs. 44) |
| | 25 | | | | Jones UOF (ASP Docs. 45–46) |
| | 26 | | | | Jones IRF (ASP Docs. 47) |
| | 27 | | | | West UOF (ASP Docs. 48–49) |
| | 28 | | | | West IRF (ASP Docs. 50) |
| | 29 | | | | Ibarra UOF #2 (ASP Docs. 51–52) |
| | 30 | | | | Ibarra IRF #2 (ASP Docs. 53) |
| | 31 | | | | Felton UOF (ASP Docs. 54–55) |
| | 32 | | | | Felton IRF (ASP Docs. 56) |
| | 33 | | | | Baethke UOF (ASP Docs. 57–58) |
| | 34 | | | | Baethke IRF (ASP Docs. 59–60) |
| | 35 | | | | Ladd UOF (ASP Docs. 61–62) |
| | 36 | | | | Ladd IRF (ASP Docs. 63–64) |
| | 37 | | | | Margis UOF (ASP Docs. 65–66) |
| | 38 | | | | Margis IRF (ASP Docs. 67–68) |
| | 39 | | | | Mason UOF (ASP Docs. 69–70) |
| | 40 | | | | Mason IRF (ASP Docs. 71–72) |
| | 41 | | | | Teague UOF (7ASP Docs. 8–79) |
| | 42 | | | | Teague IRF (ASP Docs. 80–82) |
| | 43 | | | | Little Rock Mayor COVID Executive Order (ASP Docs. 87–89) |
| | 44 | | | | Ambulance Bill for "Donald Lloyd" (ASP Docs. 90) |
| | 45 | | | | ERT Munitions Usage Report from 5/30 (ASP Docs. 114) |
| | 46 | | | | Attendance Roster from 5/30/20 (ASP Docs. 130–144) |
| | 47 | | | | ERT After Action Report from 5/31/20 (IASP Docs. 149–155) |
| | 48 | | | | Attendance Roster from 5/31/20 (ASP Docs. 203–208) |
| | 49 | | | | Attendance Roster from 6/1/20 (ASP Docs. 283–288) |

AO 187A (Rev. 7/87)   EXHIBIT AND WITNESS LIST - CONTINUATION

Don L. Cook     V.    Ryan Wingo, et al.

CASE NUMBER: 4:22-cv-548-KGB-PSH

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 50 |  |  |  | Attendance Roster from 6/2/20 (ASP Docs. 364–369) |
|  | 51 |  |  |  | Attendance Roster from 6/3/20 (ASP Docs. 377–382) |
|  | 52 |  |  |  | Attendance Roster from 6/4/20 (ASP Docs. 399–404) |
|  | 53 | 10/20/25 |  |  | Drone Photo #1 (ASP Docs. 524)    Stipulated |
|  | 54 | 10/20/25 |  |  | Drone Photo #2 (ASP Docs. 527)    Stipulated |
|  | 55 | 10/20/25 |  |  | Drone Photo #3 (ASP Docs. 534)    Stipulated |
|  | 56 | 10/20/25 |  |  | Drone Photo #4 (ASP Docs. 537)    Stipulated |
|  | 57 | 10/20/25 |  |  | Drone Photo #5 (ASP Docs. 542)    Stipulated |
|  | 58 |  |  |  | BLM-Capitol_06012020 (1)- |
|  | 59 | 10/21/25 |  |  | BLM-Capitol_06012020_B (1)-    Stipulated |
|  | 60 | 10/21/25 |  |  | Video of Riot w Cook walking around    Stipulated |

### Witnesses

| | | | | | |
|---|---|---|---|---|---|
|  |  |  |  |  | Ryan Wingo    # 1 |
|  |  |  |  |  | Jeffrey Sheeler |
|  |  |  |  |  | John S. Joe |
|  |  |  |  |  | Bobby Brown |
|  |  |  |  |  | Jason Baethke |
|  |  |  |  |  | Don L. Cook |
|  |  |  |  |  | Fmr. Colonel William J. Bryant |