**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 7 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DON LLOYD COOK**                                                    **PLAINTIFF**

**v.**                              **Case No. 4:22-cv-00548 KGB**

**RYAN WINGO,** *et al.*                                          **DEFENDANT**

## CERTIFICATE OF RECEIPT

The plaintiff's exhibits received into evidence during the October 20-, 2025, jury trial herein returned to counsel for the plaintiff on this _27th_ day of October, 2025.

Received by    _____