FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 27 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DON LLOYD COOK                                                              PLAINTIFF

v.                          Case No. 4:22-cv-00548 KGB

RYAN WINGO, *et al.*                                           DEFENDANT

## CERTIFICATE OF RECEIPT

The defendants' exhibits received into evidence during the October 20-, 2025, jury trial herein returned to counsel for the plaintiff on this 27th day of October, 2025.

Received by _____