IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DON LLOYD COOK                                               PLAINTIFF

VS.                   CASE NO. 4:22-CV-548 KGB

RYAN WINGO, et al.                                 DEFENDANTS

REQUEST TO SPEAK WITH JURORS

Comes the plaintiff, Don Lloyd Cook, by and through his attorneys **Mike Laux, d/b/a Laux Law Group and Austin Porter Jr., d/b/a PORTER LAW FRIM**, and for plaintiff's motion to speak with the jurors pursuant to Rule 47.1 of the *Local Rules of the Eastern and Western Districts of Arkansas*, he states the following:

1. This matter was tried to a jury on the dates October 20, 21, 22, 23, 24, 2025, which resulted in a mistrial, due to the jury being unable to reach a unanimous decision.

2. The Court granted a mistrial on October 27, 2025.

3. The plaintiff wishes to be able to speak with some of the jurors to determine what mistakes, if any, were made in trying this case. In speaking with those jurors, who are willing to speak, plaintiff's counsel will abide by Rule 47.1 of the *Local Rules of the Eastern and Western Districts of Arkansas*, making sure that all contact with the jurors be in a manner that "contact with the jurors is respectful, non-coercive, voluntary, and will otherwise comply with whatever conditions the Court may prescribe."

4. Undersigned counsel often tries these types of cases before juries, and it will be helpful to know what if anything could have been done that would have assisted the jury in reaching a decision.

5. The plaintiff requests that the Court direct the Jury Coordinator to send the contact information to the jurors and advise the jurors that they are free to contact counsel if they wish, and that counsel will only communicate with jurors in response to a communication initiated by that juror.

6. The plaintiff believes that the information obtained will not only assist in this case but will also serve the interests of justice by providing valuable feedback on the trial process

THEREFORE, the plaintiff requests that the court permits him to speak with some of the jurors in this case, pursuant to whatever restrictions the court imposed, and for all other just and proper relief.

Respectfully submitted,

Austin Porter Jr.
Bar Number 86145
PORTER LAW FIRM
The Catlett-Prien Tower Building
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
E-mail: Aporte5640@aol.com


Mike Laux
Laux Law Group
400 West Capitol Avenue
Suite 1700
Little Rock, Arkansas 72201

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas – Central Division, on this 30th day of October 2025, using the CM/ECF system, which is designed to send notification of such filing to the following:

Laura Purvis  
Justin Brascher  
Bob R. Brooks Jr. Justice Building  
Arkansas Attorney General  
101 West Capitol Avenue  
Little Rock, Arkansas 72201

                                            Austin Porter Jr.