IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DON LLOYD COOK**                                                                                          **PLAINTIFF**

v.                                    **Case No. 4:22-cv-00548-KGB**

**RYAN WINGO,** *et al.*                                                                                  **DEFENDANTS**

## ORDER

Before the Court is plaintiff Don Lloyd Cook's motion to speak with jurors (Dkt. No. 109). Cook filed this motion pursuant to Local Rule 47.1 of the Local Rules for the United States District Court for the Eastern and Western Districts of Arkansas (*Id.*, ¶ 3).

This matter was tried to a jury on October 20 to 24, 2025, and a mistrial was granted on October 27, 2025 (*Id.*, ¶¶ 2, 3). Cook seeks to permission to contact the jurors for the purpose of discussing their service in this case (*Id.*, ¶ 3). Counsel for Cook informally communicated to the Court that counsel for defendants has been notified of this request and has no opposition to the motion. Cook states that he understands the limitations imposed by Local Rule 47.1 and "will ensure that all contact with the jurors is respectful, non-coercive, voluntary, and will otherwise comply with whatever conditions the Court may prescribe." (*Id.*).

The Court directs the Clerk of the Court, through the Jury Administrator, to contact the jurors to determine their willingness to be contacted further by counsel for the parties; to this extent, the Court grants Cook's motion (Dkt. No. 109). The Court will then inform all counsel of those jurors willing to be contacted by counsel for the parties.

It is so ordered this 10th day of November, 2025.

Kristine G. Baker
Chief United States District Judge