## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DON LLOYD COOK**                                                                    **PLAINTIFF**

**v.**                                          **Case No. 4:22-cv-00548-KGB**

**RYAN WINGO,** *et al.*                                                          **DEFENDANTS**

## ORDER

Before the Court is defendants Corporal Ryan Wingo and Captain Jeffrey Sheeler's (collectively "Defendants") motion for continuance (Dkt. No. 113). A jury trial in this matter is currently scheduled for the week of August 24, 2026 (Dkt. No. 111). Defendants' counsel represent that they have personal conflicts with the current trial setting and require a continuance of the trial date (Dkt. No. 113, ¶¶ 2–4). Defendants request that the trial date be set for the week of October 26, 2026—or November 2, 2026, in the alternative—along with all pretrial deadlines (*Id.*, ¶ 6). Defendants represent that plaintiff Don Lloyd Cook does not oppose Defendants' motion for continuance (*Id.*, ¶ 5).

For good cause shown, the Court grants Defendants' motion for continuance. The Court removes this case from the August 24, 2026, trial docket. The Court will enter an Amended Final Scheduling Order by separate Order which sets forth a new trial date and amended deadlines for all unexpired pretrial deadlines.

It is so ordered this 8th day of June, 2026.

Kristine G. Baker
Chief United States District Judge