IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DON LLOYD COOK** **PLAINTIFF**

**v.** **CASE NO. 4:22-CV-548-KGB-PSH**

**RYAN WINGO, *et al.*** **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL

Assistant Attorney General Laura Purvis, attorney for Defendants Corporal Ryan Wingo and Captain Jeff Sheeler, for her Motion to Withdraw, states:

1. Assistant Attorney General Laura Purvis respectfully moves to withdraw as counsel for Defendants. AAG Purvis is leaving the employ of the Attorney General's Office and will no longer be involved in this matter. Defendants will continue to be represented by remaining counsel of record.

WHEREFORE, Assistant Attorney General Laura Purvis prays that her motion to withdraw be granted, that she be withdrawn as counsel of record for Defendants Corporal Ryan Wingo and Captain Jeff Sheeler, and that all future pleadings, motions, papers, and correspondence be directed to remaining counsel of record.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By: */s/ Laura Purvis*
Laura Purvis
Ark. Bar No. 2023239
Assistant Attorney General

Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 320-3085
Fax: (501) 682-2591
laura.purvis@arkansasag.gov

*Counsel for Defendants Corporal Ryan Wingo and Captain Jeff Sheeler*