**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DON LLOYD COOK** **PLAINTIFF**

**v.** **Case No. 4:22-cv-00548-KGB**

**RYAN WINGO, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court are plaintiff Don Lloyd Cook's motion *in limine* No. 12—Exclude reference to ASP policies (Dkt. No. 74), Cook's motion *in limine* Nos. 1–11 (Dkt. No. 77), Cook's motion *in limine* No. 13—bar reports not pertaining to 06/01/2020 protests (Dkt. No. 80), Cook's motion *in limine* No. 15—bar untimely liability defense documents (Dkt. No. 84), and defendants Jeff Sheeler and Ryan Wingo's motion for judgment as a matter of law (Dkt. No. 98).

The Court addressed and ruled on these matters in open court during the trial of this case, which was held the week of October 20, 2025 (Dkt. Nos. 95; 96; 97; 100; 101; 102). These matters are therefore resolved consistent with the Court's rulings from the bench for the reasons discussed in open court. Accordingly, the Court directs the Clerk to terminate these motions (Dkt. Nos. 74; 77; 80; 84; 98).

It is so ordered this 14th day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge